IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHAD RAY DOUGLAS**                                                                       **PLAINTIFF**
**#133993**

v.                        **CASE NO. 2:22-CV-00097-BSM**

**TERREL MASSEY**                                                        **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of July, 2022.

                                                                                  _____
                                                                                    UNITED STATES DISTRICT JUDGE